| | |
|---|---|
| MARC Y. LAZO<br>MLazo@kllawgroup.com<br>K&L LAW GROUP, P.C.<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612<br>Telephone: (949) 216-4000<br>Facsimile: (800) 596-0370 | ELLEN M. BRONCHETTI (SBN 226975)<br>EBronchetti@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA 94105-2616<br>Telephone: (628) 218-3808<br>Facsimile: (628) 225-3012 |
| | J. CHRISTIAN NEMETH (SBN 222271)<br>JCNemeth@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>Telephone: (312) 984 3292<br>Facsimile: (312) 984 7700 |
| Attorney for Plaintiffs | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual,<br><br>        Plaintiffs,<br>v.<br><br>BEI HOTEL, a California business; DAVIDSON HOSPITALITY GROUP, A/K/A DAVIDSON HOTEL COMPANY, a limited liability company, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 3:21-cv-06271-EMC<br><br>ORDER<br>**STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT AND TO ADD PLAINTIFF** |

WHEREAS, Plaintiffs Benny Wong, Steven Bui, Mark Wood, Ana Henry, Livia Tso, Arjuman Qadri, Yolanda Garcia, Sandra Reyes, Editha Yabut, Gayle Gelman, Jerome Ecal, Jacob Greathouse, Natasha Bogard Laupati, Deepak Mali, and Raichel Jesi Loorthaiya (hereinafter "Plaintiffs") originally filed this action in California Superior Court for San Francisco County on June 14, 2021;

WHEREAS, Defendants BEI Hotel and Davidson Hospitality Group (hereinafter "Defendants") removed this action to this Court on August 13, 2021;

WHEREAS, Plaintiffs and Defendants previously stipulated to four extensions for Defendants to respond to Plaintiffs' complaint and two extensions for Plaintiffs to file a motion to remand;

WHEREAS, Plaintiffs' motion to remand is presently due January 7, 2022;

WHEREAS, Defendants' response to Plaintiffs' complaint is presently due January 7, 2022;

WHEREAS, the parties wish to enter into another extension of the deadlines to respond to the complaint and move to remand, to January 14, 2022;

WHEREAS, this Court has scheduled an initial case management conference for January 18, 2022; and

WHEREAS, an extension of time will not alter the date of any event or deadline already fixed by Court order.

WHEREAS, Plaintiffs wish to add Mildayanti Moehammady as a plaintiff and Defendants do not object.

IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and between the parties hereto, through their respective counsel, that the time for Defendants to answer or otherwise respond to Plaintiffs' complaint and the deadline for Plaintiff to move to remand shall be extended 7 days, up to and including January 14, 2022.

CASE NO. 3:21-CV-6271-EMC

-2-

STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO ADD A PLAINTIFF

IT IS HEREBY STIPULATED that to the extent this Court does not find this stipulation to be procedurally improper, Defendants do not object to Plaintiffs adding Mildayanti Moehammady as a plaintiff, who shall be deemed to have been a party to this action at the time of its filing.

SO STIPULATED this 6th day of January, 2022.

                                MCDERMOTT WILL & EMERY LLP

By:  /s/ *Ellen M. Bronchetti*
       ELLEN M. BRONCHETTI

Attorneys for Defendants
BEI HOTEL & DAVIDSON HOSPITALITY GROUP

                                K&L LAW GROUP, P.C.

By:  /s/ *Marc Y. Lazo*
       MARC Y. LAZO

Attorneys for Plaintiffs
BENNY WONG, STEVEN BUI, MARK WOOD, ANA HENRY, LIVIA TSO, ARJUMAN QADRI, YOLANDA GARCIA, SANDRA REYES, EDITHA YABUT, JEROME ECAL, JACOB GREATHOUSE, NATASHA BOGARD LAUPATI, DEEPAK MALI, RAICHEL JESI LOOTHAIYA



IT IS SO ORDERED
Judge Edward M. Chen
Dated: 1/12/2022

CASE NO. 3:21-CV-6271-EMC

-3-

STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND AND EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO ADD A PLAINTIFF