| | |
|---|---|
| MARC Y. LAZO<br>MLazo@kllawgroup.com<br>K&L LAW GROUP, P.C.<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612<br>Telephone: (949) 216-4000<br>Facsimile: (800) 596-0370 | ELLEN M. BRONCHETTI (SBN 226975)<br>EBronchetti@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA 94105-2616<br>Telephone: (628) 218-3808<br>Facsimile: (628) 225-3012 |
| | J. CHRISTIAN NEMETH (SBN 222271)<br>JCNemeth@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>Telephone: (312) 984 3292<br>Facsimile: (312) 984 7700 |
| Attorney for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual,<br><br>   Plaintiffs,<br> v.<br><br>BEI HOTEL, a California business; DAVIDSON HOSPITALITY GROUP, A/K/A DAVIDSON HOTEL COMPANY, a limited liability company, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 3:21-cv-06271-EMC<br><br>ORDER<br>**STIPULATED REQUEST FOR 90-DAY STAY**<br><br>Hon. Edward M. Chen |

1   WHEREAS, Plaintiffs Benny Wong, Steven Bui, Mark Wood, Ana Henry, Livia Tso, Arjuman Qadri, Yolanda Garcia, Sandra Reyes, Editha Yabut, Gayle Gelman, Jerome Ecal, Jacob Greathouse, Natasha Bogard Laupati, Deepak Mali, and Raichel Jesi Loorthaiya (hereinafter "Plaintiffs") originally filed this action in California Superior Court for San Francisco County on June 14, 2021;

WHEREAS, Defendants BEI Hotel and Davidson Hospitality Group (hereinafter "Defendants") removed this action to this Court on August 13, 2021;

WHEREAS, Plaintiffs and Defendants previously stipulated to five extensions for Defendants to respond to Plaintiffs' complaint and three extensions for Plaintiffs to file a motion to remand;

WHEREAS, this Court granted a 90-day stay on September 24, 2021, which expired on December 23, 2021;

WHEREAS, the current deadline for Defendants to respond to the Complaint is January 14, 2022;

WHEREAS, this Court has scheduled an initial case management conference for January 18, 2022;

WHEREAS, the parties have participated in productive settlement discussions and wish to continue the initial case management conference in order to continue those discussions;

WHEREAS, continuing the initial case management conference will not alter the date of any other event or deadline already fixed by Court order.

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-2(a), through their respective counsel, that this Court continue the initial case management conference by thirty (30) days, to February 22, 2022 at 1:30 pm.

SO STIPULATED this 10th day of January, 2022.

MCDERMOTT WILL & EMERY LLP

By: /s/ *Ellen M. Bronchetti*
ELLEN M. BRONCHETTI

Attorneys for Defendants
BEI HOTEL & DAVIDSON HOSPITALITY GROUP


K&L LAW GROUP, P.C.

By: /s/ *Marc Y. Lazo*
MARC Y. LAZO

Attorneys for Plaintiffs
BENNY WONG, STEVEN BUI, MARK WOOD, ANA HENRY, LIVIA TSO, ARJUMAN QADRI, YOLANDA GARCIA, SANDRA REYES, EDITHA YABUT, JEROME ECAL, JACOB GREATHOUSE, NATASHA BOGARD LAUPATI, DEEPAK MALI, RAICHEL JESI LOOTHAIYA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 12, 2022

_____
Hon. Edward M. Chen
United States District Court