K&L LAW GROUP, P.C.
MARC Y. LAZO, SBN: 215998
WILLIAM WELDEN, SBN: 117056
2646 Dupont Drive, Suite 60340
Irvine, California 92612
Phone No.:  (949) 216-4000
Fax No.:     (800) 596-0370

Attorneys for Plaintiffs BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual,<br><br>            Plaintiffs,<br>vs. | Case No.  3:21-cv-06271-EMC<br><br>**JOINT STIPULATION TO CONTINUE THE FEBRUARY 24, 2022, HEARING ON DEFENDANTS' MOTION TO DISMISS TO MARCH 24, 2022, OR FIRST AVAILABLE COURT DATE THEREAFTER**<br><br>Date:  February 24, 2022<br>Time: 1:30 p.m.<br>Place:  Courtroom 5<br><br>*[Filed concurrently with [Proposed] Order]* |

| | |
|---|---|
| 1 | BEI HOTEL, a California business; |
| 2 | DAVIDSON HOSPITALITY GROUP, |
|   | A/K/A DAVIDSON HOTEL COMPANY, |
| 3 | a limited liability company, and DOES 1 |
| 4 | through 100, inclusive, |
| 5 | Defendant. |

Plaintiffs BENNY WONG, an individual; STEVENBUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual ("Plaintiffs"), and Defendants BEI HOTEL, a California business; and DAVIDSON HOSPITALITY GROUP, A/K/A DAVIDSON HOTEL COMPANY, a limited liability company ("Defendants") (Plaintiffs and Defendants are hereinafter collectively referred to as "Parties"), do jointly request that the Court continue the hearing, and all response dates, currently set on their Motion to Dismiss from February 24, 2022, to March 24, 2022, at 1:30 p.m., in Courtroom No. 5 of this Honorable Court, or on the date first available thereafter on the Court's docket. The Parties intend to agree, amongst themselves, to the appropriate briefing schedule for the Motion but will ensure that the briefing is completed in accordance with the local rules and any applicable standing orders of this Court.

The Parties respectfully submit that good cause exists for this continuance as it will allow them to avoid expending further litigation expenses on litigating over the contents of the current Complaint because of Plaintiffs' stated intent to amend that Complaint by adding more parties.

Dated:  January 28, 2022            K&L LAW GROUP PC

By: _____
    Marc Lazo
    William Welden
    Attorneys for Plaintiffs

Dated:  January 28, 2022            MCDERMOTT WILL & EMERY LLP

By: _/s/_____
    Ellen M. Bronchetti
    J. Christian Nemeth
    Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED BY THE COURT. OPPOSITION DUE 2/17/22 AND REPLY DUE 2/24/22.**

Dated:  January 28, 2022

_____
    Hon. Edward M. Chen
    United States District Court