1  ELLEN M. BRONCHETTI (SBN 226975)
   EBronchetti@mwe.com
2  J. CHRISTIAN NEMETH (SBN 222271)
   JCNemeth@mwe.com
3  MCDERMOTT WILL & EMERY LLP
   415 Mission Street, Suite 5600
4  San Francisco, CA 94105-2616
   Telephone:    (628) 218-3808
5  Facsimile:    (628) 225-3012

6  Attorney for Defendants
   BEI HOTEL & DAVIDSON
7  HOSPITALITY GROUP

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual, | Case No. 3:21-cv-06271-EMC **DECLARATION OF ELLEN M. BRONCHETTI IN SUPPORT OF DEFENDANTS BEI HOTEL AND DAVIDSON HOSPITALITY GROUP'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** **Hearing:** Date:  June 2, 2022 Time:  1:30 p.m. Courtroom 5, 17th Floor Hon. Edward M. Chen |

              Plaintiffs,

         v.

BEI HOTEL, a California business;
DAVIDSON HOSPITALITY GROUP,
A/K/A DAVIDSON HOTEL COMPANY, a
limited liability company, and DOES 1
through 100, inclusive,

              Defendants.

I, Ellen M. Bronchetti, hereby declare as follows:

1.      I am a partner at McDermott Will & Emery LLP as serve as counsel for Defendants BEI Hotel and Davidson Hospitality Group in this action.  I am admitted to practice in the state of California and am admitted to practice before this Court.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint.  I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

3.      Attached as **Exhibit A** is a true and correct copy of the collective bargaining agreement at issue in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and this declaration was executed on the 25th day of April in San Francisco, California.

/s/      Ellen M. Bronchetti
Ellen M. Bronchetti

DECLARATION OF ELLEN M. BRONCHETTI
IN SUPPORT OF DEFENDANTS BEI HOTEL
AND DAVIDSON HOSPITALITY GROUP'S
MOTION TO DISMISS FIRST AMENDED
COMPLAINT

-1-

# EXHIBIT A

# TEAMSTERS 856

## Clerical Agreement

with

## Holiday Inn Civic Center

January 1, 2013 – December 31, 2017



## Protect yourself with your Weingarten Rights!

**As a Union member, you are entitled to union representation if you are questioned by any management representative and have reason to believe that you might suffer disciplinary action as a result. To assert this right to union representation, declare your Weingarten Rights:**

*"If this discussion could in any way lead to my being disciplined or terminated, or affect my personal working conditions, I respectfully request that my union representative or steward be present at this meeting. If this discussion could lead to my being disciplined, I choose not to answer any questions until a union representative or steward arrives."*

800 758 TEAM (8326) • Teamsters856.org

PLEASE OBTAIN A WITHDRAWAL CARD
FROM THE UNION WHEN YOU TERMINATE
YOUR EMPLOYMENT OR ARE ON
EXTENDED LEAVE OF ABSENCE.  A
REINITIATION FEE, PLUS ANY DUES
OWED WILL BE REQUIRED IF YOU ARE IN
ARREARS OF THREE (3) MONTHS OF
YOUR DUES.

## IMPORTANT ITEMS TO REMEMBER

1.  All grievances must be submitted in writing to the Union.

2.  Dues are payable on or before the last business day of the current month. Please understand that during a leave of absence or vacation, YOU are responsible for payment of your union dues.

3.  You should contact your Local Union promptly to arrange how you will handle the payment during your absence or request a withdrawal card. In accordance with Article X, Section 5(c) of our International Constitution, if your dues become delinquent for three (3) months, you will be required to pay reinitiation plus your back dues.

4.  YOU MUST OBTAIN A WITHDRAWAL CARD FROM THE UNION WHEN YOU TERMINATE YOUR EMPLOYMENT:  OR YOU WILL BE REQUIRED TO PAY REINITIATION FEE, PLUS ANY DUES OWED.

5.  Inquiries relating to Health and Welfare, Dental and Prescription Plans, must be made to:

> S. F. ADMINISTRATORS, INC.
> 1182 Market St., Suite 320
> San Francisco, CA 94102
> Phone: (415) 777-3707 or (800) 297-4595

PROFESSIONAL AND CLERICAL EMPLOYEES DIVISION OF FREIGHT CHECKERS, CLERICAL EMPLOYEES AND HELPERS LOCAL NO. 856

> 453 San Mateo Avenue
> San Bruno, California 94066
> Office Hours:  Monday – Friday
> 8:30 a.m. - 4:30 p.m.
> Phone (650) 635-0111

## TABLE OF CONTENTS

PREAMBLE ....................................................................................................1

SECTION 1.    RECOGNITION AND HIRING .........................................1

SECTION 2.    PREVIOUS EMPLOYMENT EXPERIENCE ...........................2

SECTION 3.    CLASSIFICATIONS AND WAGE RATES ............................2

SECTION 4.    GROUP LEADERS................................................................4

SECTION 5.    EXEMPT POSITIONS ..........................................................5

SECTION 6.    SENIORITY ...........................................................................5

SECTION 7.    DISCRIMINATION .................................................................7

SECTION 8.    EMPLOYMENT AGENCY FEES ..........................................7

SECTION 9.    PAYDAY ................................................................................7

SECTION 10.   LUNCH PERIOD AND REST PERIOD...............................7

SECTION 11.   LEAVE OF ABSENCE ..........................................................8

SECTION 12.   DISCIPLINE...........................................................................8

SECTION 13.   ADJUSTMENT OF GRIEVANCES .......................................9

SECTION 14.   MAINTENANCE OF STANDARDS.......................................12

SECTION 15.   PROTECTION OF RIGHTS..................................................12

SECTION 16.   SAVINGS CLAUSE ...............................................................12

SECTION 17.   UNION REPRESENTATIVE VISITS AND STEWARDS....................12

SECTION 18.   WORK IN DIFFERENT CLASSIFICATIONS .......................13

SECTION 19.   TRANSFER OF TITLE OR INTEREST................................13

SECTION 20.   AUTOMATION PROVISION..................................................15

SECTION 21.   CHANGE IN SHIFTS ............................................................16

SECTION 22.   INDIVIDUAL AGREEMENTS ................................................16

SECTION 23.   WAGE CLAIMS .....................................................................17

SECTION 24.   NOTICE OF LAYOFF ............................................................17

SECTION 25.   BULLETIN BOARDS .............................................................17

SECTION 26.   DUES CHECK-OFF ...............................................................17

SECTION 27.   D.R.I.V.E................................................................................18

SECTION 28.   CREDIT UNION .....................................................................18

SECTION 29.   CONFESSIONS, LIE DETECTORS .....................................18

SECTION 30.   WORKWEEK ................................................................................................ 19

SECTION 31.   OVERTIME .................................................................................................. 19

SECTION 32.   FIFTH, SIXTH AND SEVENTH DAY ................................................... 20

SECTION 33.   NIGHT SHIFT PREMIUM .................................................................... 20

SECTION 34.   REPORTING PAY AND MINIMUM PAY ............................................. 21

SECTION 35.   UNIFORMS ............................................................................................. 21

SECTION 36.   SHORTAGES ........................................................................................... 22

SECTION 37.   PAID TIME OFF ..................................................................................... 22

SECTION 38.   HEALTH AND WELFARE, DENTAL, VISION, PRESCRIPTION DRUG, AND LIFE INSURANCE ....................................................................................... 28

SECTION 39.   SUBSTANCE ABUSE PROGRAM ....................................................... 29

SECTION 40.   FUNERAL LEAVE .................................................................................. 30

SECTION 41.   PENSION PLAN ...................................................................................... 30

SECTION 42.   401(k) PLAN ........................................................................................... 31

SECTION 43.   JURY DUTY ............................................................................................. 31

SECTION 44.   JOINT STEERING COMMITTEE AND JOINT STUDY TEAMS .......... 32

APPENDIX "A", CLASSIFICATION AND WAGE RATES ........................................... 33

APPENDIX "B", UNION NOTICE AND WORK CLEARANCE REQUEST .................... 37

APPENDIX "C", PAYROLL DEDUCTION AUTHORIZATION ....................................... 38

# CLERICAL AGREEMENT

## PREAMBLE

THIS AGREEMENT entered into as of this 25 day of May 2006, between Holiday Inn Civic Center, hereinafter referred to as the "Employer" and the TEAMSTERS LOCAL UNION NO. 856, International Brotherhood of Teamsters, hereinafter referred to as the "Union", covering work in the covered classifications in San Francisco, California.

THIS AGREEMENT shall be considered renewed from year to year subsequent to the expiration date unless either party hereto gives written notice to the other party of a desire to alter, modify or change this Agreement. Said notice shall be given at least sixty (60) days prior to the expiration hereof.

If either party is served with notice of a desire to change or modify this Agreement, negotiations must commence within fifteen (15) days of such notice.

This Agreement shall be in full force and effect from January 1, 2013 to and including December 31, 2017.

Should either the Federal or State of California enact a form of mandatory National or State health care, either Party hereto may serve written notice on the other Party following enactment of such Health Care legislation of their desire to meet. The Parties hereto agree to meet within thirty (30) calendar days of the written notification regarding the impact of such Health Care legislation and modification of Section 38 of this Collective Bargaining Agreement as may be required.

In this Agreement, whenever the context so requires, the masculine gender includes the feminine.

## SECTION 1.     RECOGNITION AND HIRING

Recognition: The Employer recognizes the Union as the exclusive representative of the employees covered by this Agreement for collective bargaining. As a condition of employment, after thirty (30) days from the date an employee is hired, all employees covered by this Agreement shall be required to become and remain members of the Union. The Union agrees that written notice shall be given to the Employer holding its Power of Attorney at least seventy-two (72) hours before any employee is required to be removed from his employment by reason of his failure to become or remain a member of the Union, as required by this Section.

Hiring New Employees:     The Hotel shall give the Union equal opportunity with all other sources to refer suitable applicants for employment, but the Hotel shall not be required to hire those referred by the Union or any other particular source.

Preference in Hiring: In hiring, the Hotel shall give preference of employment to applicants who have been previously employed in the Hotel Industry. However,

applicants so employed shall be on probation during the first ninety (90) days of their employment with the employee being evaluated after forty-five (45) days, unless extended by mutual agreement. A probationary employee may be terminated without recourse at any time during the probationary period. No applicant will be preferred or discriminated against by the Hotel because of membership or non-membership in the Union.

Notification to the Union: The following information will be given in writing, on the form as set forth in Appendix "B", by the Hotel to the Union within seven (7) days from the date of hiring new employees: (1) Name, home address and social security number of the employee; (2) date employed and (3) hourly rate of pay. Any employee hired by the Hotel shall, within seven (7) days after commencing work, obtain a job clearance slip from the Union office. (See Appendix "B" for a copy of Union and Work Clearance Request.)

## SECTION 2.   PREVIOUS EMPLOYMENT EXPERIENCE

All newly hired employees who have nine (9) or eighteen (18) months of experience, in the employment of hotels within the same job classification and same class of hotels, within the jurisdiction of Local 856 or in the same corporate chain, shall be hired at the corresponding increment as provided for that classification in the wage schedule subject to review. If the hotel desires to reduce such wage rate during the first nine (9) months, the hotel shall first provide a written explanation of its reasons to the employee and the Union. Any dispute shall be subject to the grievance procedure.

When an "A" Hotel hires an employee from a "B" or "C" Hotel, in the same classification, the "A" Hotel shall start such new hire at the next highest wage increment in the "A" Hotel classification as it relates to the employee's previous rate in the "B" or "C" Hotel classification.

## SECTION 3.   CLASSIFICATIONS AND WAGE RATES

A.   Wage Rates:

The monthly rates are determined by multiplying the hourly rate by one hundred and seventy-three point three-three (173.33).

Nothing in Appendix "A" of the contract shall prohibit a Hotel from advancing an employee at a faster rate than the contract increments provide.

The Employer shall grant wage increases (subject to the terms set forth in Section 38 of this agreement) in accordance with the following schedule:

Economic Increases

Effective January 1, 2013
A total increase of One Dollar and Twenty-Nine Cents ($1.29) per hour allocated as follows:

A) $0.50 per hour to wages
B) $0.59 per hour increase to health & welfare contributions
C) $0.20 per hour increase to pension contributions

Effective January 1, 2014
A total increase of One Dollar and Thirty-Five Cents ($1.35) per hour allocated at the Union's discretion between health & welfare, wages and/or pension contributions.

A maximum of sixteen cents ($0.16) per hour supplemental monies to be used solely for health & welfare contributions should the health & welfare increase exceed eighty-five cents ($0.85) as of January 1, 2014.

Effective January 1, 2015
A total increase of One Dollar and Forty-Three Cents ($1.43) per hour to be allocated at the Union's discretion between health& welfare, wages and/or pension contributions.

A maximum of fifteen cents ($0.15) per hour supplemental monies to be used solely for health & welfare contributions should the health & welfare increase exceed ninety-four cents ($0.94) as of January 1, 2015.

Effective January 1, 2016

A total increase of One Dollar and Forty-Five Cents ($1.45) per hour to be allocated at the Union's discretion between health & welfare, wages and/or pension contributions.

A maximum of twenty cents ($0.20) per hour supplemental monies to be used solely for increased health & welfare contributions should the health & welfare increase exceed One Dollar and Two Cents ($1.02) as of January 1, 2016.

Effective January 1, 2017

A total increase of One Dollar and Fifty-Eight Cents ($1.58) per hour to be allocated at the Union's discretion between health & welfare, wages and/or pension contributions.

A maximum of fourteen cents ($0.14)  per hour supplemental monies to be used solely for increased health & welfare contribution should the health & welfare increase exceed One Dollar and Twelve Cents ($1.12) as of January 1, 2017.

B.   Job Classifications:

The Employer agrees upon request by the Union on a hotel by hotel basis to meet and confer to attempt to clarify which existing positions are covered by this Agreement, with the assistance of the Federal Mediation and Conciliation Service.   The Union reserves its right to resolve any such issue through applicable legal and administrative proceedings and both parties agree that anything said in negotiations for this Agreement or said meet and confer will not be usable or prejudice either party's position in any such legal proceedings.   All new management and other non-union jobs of a clerical nature will be posted within the hotel for five (5) calendar days to allow the Union to review the position.

C.   Overscale Premiums:

Any employee earning premium pay over and above minimum scales established in the wage scales attached hereto shall receive, as wage increases under this Agreement, the amount by which the minimum rate for the classification in which the employee is employed is increased.

## SECTION 4.      GROUP LEADERS

A.   Group Leaders may be scheduled by the Employer on the shifts where the Employer chooses to use Group Leaders. Only those employees who have been designated as Group Leaders shall bid on those shifts. However, it is understood that Group Leaders do not have super seniority and that, in the event of a layoff, a Group Leader's classification seniority as set forth in Sections 6 and 21, shall apply.

B.   The Employer will post Group Leader positions. The Employer will have a process whereby all candidates who apply for this position are considered; where seniority, qualifications, leadership skills and other relevant criteria are considered; and where the Employer explains in writing why it selected a particular candidate, but the Employer retains the discretion to make the final decision as to who fills this position. Continuance in the position of Group Leader is dependent on the employee's job performance in meeting the specified duties of the position. If the Union believes this Group Leader selection process is not being administered appropriately hereunder, the Union has the right to meet and confer with the MEG or the individual hotels with the Federal Mediation and Conciliation Service mediating said issue at any time during the term of this Agreement.

C.   The Employer and the Union agree that Group Leaders shall have the authority and responsibility to direct the workforce, issue instructions to other employees and expect them to be carried out but this does not include disciplining or recommending discipline of co-workers.

D.    Group Leaders are not a separate seniority classification.  Group Leaders shall receive a premium of $1.50 per hour.  This $1.50 per hour premium does not apply to red circled employees referred to in the 1996 - 1999 Agreement who shall continue to receive their red circled premium in addition to the contractual wage rate for the work they are performing for the duration of this Agreement.

## SECTION 5.       EXEMPT POSITIONS

Excluded from this Agreement are managers and confidential employees as defined in the Labor-Management Relations Act of 1947, and other classifications excluded in the certification of the National Labor Relations Board, and  by the stipulation of the Parties entered into during the negotiations for this Agreement.

## SECTION 6.       SENIORITY

Seniority is defined as the date an employee starts to work in the individual Hotel bargaining unit.  In laying off or recalling employees, seniority within classification shall apply to all employees covered by this Agreement.

In the event of a layoff of more than one (1) week, the laid off employee, if he is senior to another employee, shall have the right to be moved to another position held by the least senior employee in another job classification, provided such senior employee is capable of fulfilling the requirements of the other classification.  Such employee shall then receive the rate of pay of the other classification which he fills.

When the Hotel transfers an employee to a lower paid job at the Hotel's convenience (where such transfer is not a demotion) the subject employee affected shall not receive a reduction in his then current rate of pay.  Where the employee requests a transfer to a lower paid position, then such employee shall, at the Hotel's option, receive the rate of pay of the lower paid position which he fills.

In the event of a short layoff, an employee, whose layoff is expected by the Employer to last less than ten (10) days in duration, will be given his notice of recall at the beginning of his last shift worked prior to said layoff.

In the event of a layoff by the Employer of greater than ten (10) days, an employee so laid off shall be given ten (10) days notice of recall mailed to his last known address.  The employee must respond to such notice within three (3) days after receipt thereof and actually report to work in seven (7) days after receipt of notice unless otherwise mutually agreed to.  In the event the employee fails to comply with the above, he shall lose all seniority rights under this Agreement.

Promotion to higher paid jobs or better jobs with comparable pay shall be based on seniority provided that the employees involved are the best qualified to perform the work.  The Hotel shall first attempt to fill a permanent job vacancy by promotion prior to hiring a new employee.  Each employee who would be considered for the job vacancy must be made aware of the job opening prior to the Hotel making its final selection.  The

Hotel agrees that when any position covered by this Agreement is open, said position shall be put up for bid.

Formal written bid notices shall be posted in a conspicuous place or places where employees shall see them for five (5) days excluding Saturdays and Sundays.

Seniority shall be the governing factor provided the employee is capable of performing the job. Any controversy shall be subject to the grievance procedure of the Agreement.

The Hotel shall have the right to fill positions on an interim and/or temporary basis not to exceed fifteen (15) days excluding Saturday and Sunday.

If an employee accepts promotion to a higher classification or transfer to another classification and is unable to perform the duties of such classification, he shall be returned to his previous classification with full seniority. The Hotel shall make its determination as to the performance of the employee within a period not to exceed sixty (60) days. Such employee who is promoted or transferred, who feels he is not qualified for the new position, may also have the option of returning to his previous classification with full seniority within such sixty (60) day period.

Any employees interested in promotion may state their preference in writing to their department head and such statement shall be considered when an opening occurs in such job classification.

Employees shall not acquire seniority until they have completed their probationary period.

No trainee (management, student, military or others) shall replace any regular employee or any laid off employee.

An employee shall cease to have seniority rights if:

a)    He quits voluntarily;

b)    He is discharged for just cause;

c)    He exceeds a leave of absence without written approval of the Hotel and the Union;

d)    He is laid off in excess of one (1) year;

e)    He is retired from the Hotel employment.

f)    He undertakes other work or employment during any leave of absence, without first securing permission from the Hotel and the Union.

The Hotel shall maintain an up-to-date seniority roster (the full name, date of hire, social security number, job titles grouped by department) and a copy shall be furnished to the Union once every six (6) months.

## SECTION 7.     DISCRIMINATION

There shall be no discrimination by the Hotel against any employee on account of Union membership or for upholding Union principles.    There shall be no discrimination because of race, color, creed, sex, age, religion or national origin, sexual orientation, physical or mental disability as required by Local, State, and/or Federal Law, with disputes subject to the grievance procedure contained herein.  Administration of this Section shall conform to applicable State and/or Federal laws.

## SECTION 8.     EMPLOYMENT AGENCY FEES

If employees are hired through an employment agency, the Hotel will reimburse such employees for agency fees paid by them, provided their employment exceeds sixty (60) continuous days.

## SECTION 9.     PAYDAY

Employees shall be paid semi-monthly.  There shall be no deductions taken from the employee's check for any reason unless the deduction is authorized by the employee in writing or is required by law.  The Hotel shall give at least thirty (30) days notice of a permanent change in the regular payday(s).  In the event the Hotel is unable to distribute the pay checks on the designated payday, employees in cases of demonstrated need shall be entitled to full or partial advances against earned wages.

## SECTION 10.     LUNCH PERIOD AND REST PERIOD

a)     The lunch period shall not be less than one-half (½) hour or more than one (1) hour.

b)     All employees employed in Class "A" Hotels as defined in Appendix "A" hereof shall be granted a fifteen (15) minute rest period approximately half way through the first half of their shift and a fifteen (15) minute rest period approximately half way through the second half of their shift.  Such rest periods shall be taken without loss of pay and the employees shall not be required to make up such time.  For employees scheduled for a work day of ten (10) hours, the two (2) fifteen minute breaks shall be changed to two (2) twenty (20) minute breaks effective the first full payroll week following ratification of this Agreement.

For employees in Class "A" Hotels with in-house staff food facilities, said employees shall be entitled to one (1) free meal at the employer's in-house staff food facility per shift.

## SECTION 11.     LEAVE OF ABSENCE

The Hotel may grant a reasonable leave of absence without pay to an employee upon his written application.  The employee and the Union shall be given a written notice of the terms and conditions of any leave of absence granted.

Leaves of absence without pay shall be granted for reasons of pregnancy, bona fide illness, injury or death in the immediate family (mother, father, brother, sister, spouse or child.)

Any employee who undertakes other work or employment during any leave of absence, without first securing permission from the Hotel and the Union, automatically cancels such leave of absence and will be considered to have terminated his or her employment.  Any employee on a leave of absence will stop accruing seniority after one hundred and twenty (120) days, without loss of any prior accumulation.  Time off exceeding thirty (30) days shall not apply towards paid time off/ESL credits.  Administration of this Section shall conform to applicable State and/or Federal laws.

For all employees, regardless of length of service, leave for pregnancy shall be granted without pay in accordance with the following:

A leave of up to four (4) months will be granted to employees disabled by pregnancy.  However, longer leaves will be granted if employees with other temporary disabilities, who are similar in their ability or inability to work, are granted leaves of longer than four (4) months.  An employee who wishes to return to work after her pregnancy leave will, if possible, be returned to the same or similar position, if her leave does not exceed four (4) months.  However, if employees with other temporary disabilities who are similar in their ability or inability to work are returned to their same or a similar position after leaves which are longer than four (4) months, employees on pregnancy leaves shall similarly be returned to their positions after leaves of longer than four (4) months.  Employees planning to take pregnancy leave must give the Employer reasonable notice in writing of the date such leave shall commence and the estimated duration of such leave.  A doctor's certificate will not normally be required unless there is reasonable doubt of disability due to pregnancy, or a question of an employee's ability to work, upon return from pregnancy or disability leave.  Administration of this Section shall conform to applicable State and/or Federal law.

The Employer will comply with all applicable Federal and State leave of absence laws, including the Family Leave Act.

## SECTION 12.     DISCIPLINE

The Hotel may discharge or suspend an employee for just cause, but no employee shall be discharged or suspended unless a written warning notice or notices, as may be necessary, shall previously have been given to such employee of a complaint against him concerning his work or conduct except, that no such prior warning notice or notices shall be necessary if the cause for discharge or suspension is

dishonesty, drinking, use of or possession of illegal drugs related to his employment, proven incompetency or gross insubordination or other offenses of equal seriousness.

No employee shall be demoted except for just cause and only if the appropriate warning notice or notices have been issued.

The complaint specified in such prior warning notice need not concern the same type of misconduct as the cause for discharge or suspension. No such warning notice shall remain in effect for a period of more than nine (9) months. Suspensions will be handled in accordance with past practice on a case by case basis. A copy of such warning notice shall be sent to the Union involved at the time it is given to the employee. No employee shall be required to sign a warning notice. No written warning notice shall be valid unless the employee has first been verbally informed by his supervisor of his deficiencies.

The employee's files shall be open to the Union's inspection as it applied to a specific grievance.

An employee may request an investigation of his discharge or suspension or any warning notice and the Union shall have the right to protest any such discharge, suspension or warning notice. Any such protest shall be presented to the Hotel in writing within ten (10) days, exclusive of Saturdays, Sundays and holidays, after the discharge, suspension or warning notice and if not presented within such period, the right to protest shall be waived. Upon the filing of a protest the matter shall be immediately referred to an adjustment board selected in the manner provided in Section 13 for the determination in accordance with the disputes procedure set forth herein.

The Hotel shall give a discharged employee a written notice of termination, and at the same time, send a copy to the Local Union.

## SECTION 13.    ADJUSTMENT OF GRIEVANCES

Definition of Grievance:  Disputes arising between the employee or the Union and the Hotel regarding the interpretation and/or application of the specific terms of this Agreement, and/or disciplinary action, including discharge taken pursuant to alleged violation(s) of work rules or procedures and/or the terms and conditions of this collective bargaining agreement shall be processed in the time and manner as follows:

Formal Notification:    The Employer shall have ten (10) days exclusive of Saturdays, Sundays and holidays from the date of the occurrence or knowledge of the facts thereof to take disciplinary actions.

To be properly considered and be timely, a grievance must be filed with the Employer within ten (10) days exclusive of Saturdays, Sundays and holidays from the date of written notification by the Employer to the employee and the Union.

Informal Resolution:  Following the filing of the grievance as set forth above, the employee shall have the responsibility of attempting to resolve the matter with his/her

immediate supervisor or other authorized Hotel Representative within ten (10) days of the filing of the grievance.

If the grievance is not satisfactorily settled as provided above, the Union shall next take the matter up with the Human Resources Director or other designated Hotel Representative. Such grievance must be taken up with the Hotel Representative within twenty (20) days from the date of the filing of the grievance.

Formal Resolution: If the grievance is not resolved as set forth above, the Union may file a written grievance with the Hotel, and the dispute shall be referred to a mediator. The written grievance shall set forth the facts giving rise to the dispute including the date and persons involved and designate the specific grievance as well as the specific remedy sought.

Mediation:

a.  Prior to the grievance being submitted to arbitration, the Union shall file a written request for an Adjustment Board hearing. The Adjustment Board shall be held within thirty (30) calendar days of the written request. The Adjustment Board shall consist of two (2) management representatives and two (2) union representatives plus a neutral mediator who shall act as Chairman. and who shall mediate the dispute in an attempt to have the parties reach a settlement.

b.  The Adjustment Board shall be governed by the following rules: (1) The grievant shall have a right to be present at the Adjustment Board; (2) Each party shall have one principal spokesperson; (3) Outside lawyers or consultants shall not participate in an Adjustment Board; (4) Any documents presented to the mediator shall be returned to the respective parties at the conclusion of the hearing; (5) Proceedings shall be informal in nature. The presentation of evidence is not limited to that presented at earlier steps of the grievance procedure. The rules of the evidence shall not apply and no formal record of the Adjustment Board shall be made; (6) The mediator shall have the authority to meet separately with any person or persons but will not have the authority to compel a resolution of a grievance; (7) If no settlement is reached, the mediator shall provide the parties with an immediate written advisory decision within twenty-four (24) hours of the mediation; (8) The mediator shall state the grounds for his/her advisory decision; (9) The Adjustment Board shall have no power to alter or amend the terms of the Collective Bargaining Agreement; and (10) The cost of the mediator shall be split between the hotels and the Union. By mutual agreement in advance of the Adjustment Board hearing, the decision of a majority of the management and union representatives shall be binding on both parties.

c.  As an alternative, by mutual agreement in advance of the Adjustment Board hearing, the neutral fifth (5th) person may be designated a

mediator/arbitrator who will attempt to mediate the dispute. In the event a mediated settlement cannot be reached, the decision of the mediator/arbitrator shall be binding on both parties.

Arbitration: If the parties fail to settle or decide the dispute, the matter may be referred to an impartial arbitrator by either the Employer or the Union and the decision of the impartial arbitrator shall be binding on all the parties. Notice by either party to the other of their desire to place the matter before an impartial arbitrator shall be submitted to the other party in writing within five (5) days of notification by the mediator of the inability to decide the matter. In the event neither party notifies the other of the desire for arbitration within the five (5) days specified herein, then in that case the matter shall have been deemed to have been settled in favor of the party against whom the grievance, dispute or controversy had been brought. An arbitrator shall be mutually agreed upon by the parties hereto from a panel of three (3) arbitrators and said arbitrator shall be chosen within thirty (30) days of submission of the matter to arbitration. The arbitrator shall not have the power to add to or modify any of the terms, conditions, or sections of this Agreement. His or her decision shall not go beyond what is necessary for the interpretation and application of this Agreement in the case of the specific grievance at issue. During the consideration and settlement of questions, disputes and controversies, as provided in this Section, there shall be no strike, slow-down, cessation of work or lockout. The cost of the Arbitrator and related expenses shall be divided equally between the Parties. Each Party shall bear the cost of their own representation and witnesses.

The parties may, by mutual agreement request expedited arbitration. In an expedited arbitration proceeding, both parties shall waive their rights as to submission of any briefs and stenographic recordings. The arbitration proceedings must be continuous to a conclusion. The arbitrator must render a bench decision immediately following the close of the hearing, followed by a written decision within seven (7) days of the close of the hearing.

Discrimination Arbitration:

A.     ADA Issues:

The Union and the San Francisco Hotels Multiemployer Group ("SFHMG") shall interpret this collective bargaining agreement to be consistent with the Americans With Disabilities Act (ADA) and the seniority provisions of this Agreement. Should a dispute arise with respect to such issues and should the parties fail to reach agreement, such dispute shall be submitted to final and binding arbitration to determine an appropriate remedy under applicable law and this Agreement. The parties designate Retired Supreme Court Justices Joseph Grodin and Cruz Reynoso as permanent arbitrators to hear such disputes and to determine the applicable procedure for such hearings and the appropriate remedies. The Employer shall pay the arbitrator's fee for arbitrating such ADA grievances.

B.    Other Discrimination Claims:

The Employer and the Union shall, after ratification, create a subcommittee of the Joint Steering Committee to attempt to agree upon a grievance-mediation type procedure for other discrimination claims including those relating to race, color, creed, sex, age and other protected status as such are defined by applicable State or Federal law.

## SECTION 14.    MAINTENANCE OF STANDARDS

The Hotel agrees that all conditions of employment relating to wages, hours of work, overtime differentials, and general working conditions shall be maintained at no less than the highest standards in effect at the time of the signing of this Agreement, and the conditions of employment shall be improved wherever specific provisions for improvement are made in this Agreement.

## SECTION 15.    PROTECTION OF RIGHTS

It shall not be a violation of this Agreement and it shall not be a cause for discharge or disciplinary action if any employee refuses to enter upon any property involved in a lawful primary labor dispute, or refuses to go through or work behind any lawful primary picket line, including the lawful primary picket line of unions party to this Agreement, and including lawful primary picket lines at the Hotel's place of business. Such lawful primary picket lines shall be sanctioned by the Joint Council No. 7.

It shall not be a violation of the Agreement, and it shall not be a cause for discharge or disciplinary action if any employee refuses to perform any service which his Hotel undertakes to perform for an employer or person whose employees are on strike, and which service, but for such strike, would be performed by the employees of the employer or person on strike.

## SECTION 16.    SAVINGS CLAUSE

Should any part hereof, or any provision herein contained, be rendered or declared invalid by reason of any existing or subsequently enacted legislation, or by any decree of a court of last resort, such invalidation of such part or portion of this Agreement shall not invalidate the remaining portions hereof and they shall remain in full force and effect.

## SECTION 17.    UNION REPRESENTATIVE VISITS AND STEWARDS

Duly authorized representatives of the Union shall have access to the Hotel's offices where clerical help covered by this Agreement are employed in order to transact Union business. Visits by Union representatives to the Hotel's offices shall be carried out with dispatch. Where practicable and as a matter of courtesy, the Union representative will notify the Hotel management representative of his/her presence on the hotel property and the Union representative will observe all safety and security rules.

The Employer will permit stewards to use reasonable time with pay to carry out their steward duties.  To the extent possible, such duties should not interfere with the performance of their regular duties or other employees' regular duties.  Stewards should perform the majority of their work during non-work time, such as lunch and breaks, and not in public areas in front of guests.  There shall be no more than one steward per hotel, unless by mutual agreement, and the Union shall provide the stewards with training and notify the hotel of the designation of the stewards.

## SECTION 18.     WORK IN DIFFERENT CLASSIFICATIONS

If employees work in a higher classification for two (2) or more hours in any one (1) day, the rate of pay for such higher classification shall apply for the entire day.

Employees in a lower classification, who work in a higher classification, relieving another employee who is on paid time off/ESL or leave of absence shall receive the next highest wage increment rate in the classification on which he is relieving, above his then current rate of pay.

The Parties hereto agree to meet upon thirty (30) days written notification to discuss alternate methods of performing work and increasing job security, including cross classification, of employees covered by the terms of the Collective Bargaining Agreement.  It is further understood that Teamsters Union Local 856 has no objection to the use of persons covered by this Collective Bargaining Agreement in other classifications of work should the Hotel and the affected labor organizations agree upon such an interchange of work duties, including cross classification.  The Employer and the Union agree that the Joint Study Teams shall deal with the issue involving cross classification as set forth in Section 44 of this Agreement.

Within six (6) months of ratification of this contract, the parties agree to create a pilot project between Local 856 and a MEG hotel to study and implement as a pilot project new solutions for career paths in the hotel industry, cross classification work, working conditions, job rotation, and related topics, with the intent of developing solutions through this pilot project applicable throughout the MEG hotels. The Federal Mediation and Conciliation Service or an equivalent agency will provide the training and facilitation for this study and pilot project and H.E.R.E. Local 2 will be invited to participate in same on a voluntary basis.

## SECTION 19.     TRANSFER OF TITLE OR INTEREST

(A)    In the event of a sale and/or transfer of the hotel, the management agreement, and/or the business operations covered by the collective bargaining agreement or any part thereof, the Management Company and/or Owner shall, before any sale or transfer or any other change in name or ownership, give notice in writing to the Union of the proposed sale or transfer and identify the parties.  Such notice shall be provided prior to the close of the sale and/or transfer.

(B)    Prior to reaching a final agreement with the purchaser or transferee (collectively referred to as Transferee), concerning the sale or transfer of the hotel and/or the

management agreement, the Owner or Management Company, as the case may be, shall inform the Transferee in writing of the terms of the collective bargaining agreement. A copy of such notice shall be sent to the Union.

(C)  (1)  The Owner shall make it a condition of the sale and/or transfer of the hotel and/or the management agreement that the collective bargaining agreement shall be fully binding on the Transferee and that the Transferee shall execute a copy of the collective bargaining agreement without modification or amendment. By this undertaking, it is expressly understood that the Owner, and the Transferee, and whoever else shall become bound hereto by virtue of their assumption of the collective bargaining agreement, shall insert into a purchase and sale or other written agreement concerning the sale or transfer of the hotel and/or the management agreement, an express provision requiring a Transferee to expressly assume, in writing, the collective bargaining agreement, without modification.

(2)  In the event the Management Company voluntarily sells or transfers the management agreement, the Management Company shall make it a condition of the sale and/or transfer of the management agreement that the collective bargaining agreement shall be fully binding on the Transferee and that the Transferee shall execute a copy of the collective bargaining agreement without modification or amendment. By this undertaking, it is expressly understood that the Management Company, and the Transferee, and whoever else shall become bound hereto by virtue of their assumption of the collective bargaining agreement, shall insert into a purchase and sale or other written agreement concerning the sale or transfer of the management agreement, an express provision requiring a Transferee to expressly assume, in writing, the collective bargaining agreement, without modification.

(D)  If the Purchase and Sale or other written agreement providing for the sale or transfer of the hotel and/or the management agreement, as provided in paragraph C above, does not expressly require the Transferee to assume the collective bargaining agreement in full, and/or in the event the Transferee does not do so, the Owner or Management Company, as the case may be, shall be liable to pay the employees the difference between the wages, fringe benefits, and other monetary terms and conditions of employment provided for in the collective bargaining agreement, and the wages, etc., paid by the Transferee to its employees for the duration of the collective bargaining agreement. It is further agreed that any dispute(s) over the alleged failure of the purchase and sale agreement to require the transferee to fully assume the collective bargaining agreement and/or pay employees the wages, fringe benefits, etc., provided by the collective bargaining agreement, shall be submitted to binding arbitration in accordance with the rules of the American Arbitration Association notwithstanding the sale or transfer of the hotel or management agreement. The parties agree that the arbitrator must be selected from a panel of experienced labor arbitrators from the National Academy of Arbitrators within 30 days. The

arbitrator can order interim relief and the arbitration must be held within 30 days of the selection of the arbitrator.

(E)     It is understood that the parties hereto shall not use a sale or transfer to evade this provision or the terms of the collective bargaining agreement. All parties warrant that they will in good faith comply with this successorship agreement. Further, the undersigned warrant, assert and agree that this successorship agreement is executed by them with full authority to represent and bind the Owner and/or the Management Company, as the case may be.

(F)     The term sale and/or transfer as used throughout this provision with respect to the Owner's obligation will mean a sale, assignment, merger, leasehold, acquisition, or similar transaction which results in the change of ownership or management of the hotel. It is also understood and agreed that the term sale and/or transfer  as used in this successorship agreement applies to any changes or a transfer of a management agreement or lease.

(G)     This successorship agreement shall apply to all successors, transferees, assignees, lessees, new management companies, new corporate owners or any such other equivalent designee or any other entity which has assumed and/or taken over the operation or ownership of a hotel covered by this collective bargaining agreement.

(H)     This successorship agreement is intended to protect the employment opportunities and monetary terms and conditions of the employment of bargaining unit members as established in the collective bargaining agreement. For this reason and because of the transactions to which this agreement may apply, sales or transfers of the hotel, the parties believe this agreement is entirely enforceable. However, should the law change or should this clause be deemed unenforceable as applied to a specific transaction or for other reasons, this agreement shall be interpreted and applied to the maximum extent permitted by law, at a minimum to require the Owner and/or the Management Company to guarantee and to provide for the protection of unit employees jobs and the maintenance of "union standards," i.e., the economic and other monetary terms of the collective bargaining agreement for the duration of this collective bargaining agreement.

## SECTION 20.     AUTOMATION PROVISION

In the event of a reduction of work force by reason of the introduction of new equipment or a change in methods of operation, existing employees shall be retained in such jobs as remain or are created in accordance with their seniority standing.

The Hotel shall be required to train such employees on Hotel time and expense in the event that training is necessary to qualify them for the operations of new equipment.

The Hotel and Union agree to negotiate a new rate of pay for all classifications which are developed as a result of the introduction of technological changes. If an agreement on the new rate is not reached, the Hotel and the Union agree that the Joint Steering Committee or Joint Study Teams shall deal with the issue involving automation as set forth in Section 44 of this Agreement.

## SECTION 21.    CHANGE IN SHIFTS

Senior employees within classifications shall be given preference for shifts, days off or when any new shifts and days off are added.

Changes in regular shifts must be posted at least five (5) days in advance except in cases of emergency or except where the employee involved agrees in writing to waive the period of notice; in this event, a copy of the written waiver shall be furnished to the Union.

Shifts shall be bid a minimum of two (2) times a year.

Where the proper five (5) days notification is not given, except in bona fide emergency situations, the first day of shift change shall be paid for at the overtime rate of time and one-half (1½), except that the least senior twenty-five percent (25%) of the Front Office Classifications (and in any event a minimum of two (2) employees) may have their scheduled shifts changed upon three (3) days notification.

Except in emergency situations, no employee shall be assigned to report for duty within less than twenty-four (24) hours following the beginning of his shift last worked, whether because of a change in shift schedule or otherwise. Where such an assignment is made in an emergency situation, the employee involved shall be paid at the overtime rate for any hours worked prior to the lapse of twenty-four (24) hours from the beginning of his shift last worked, except for the least senior twenty-five percent (25%) (and in any event a minimum of three (3) employees.) of the Front Office Classifications may be assigned to report for duty within twenty (20) hours following the beginning of the last shift worked or within twelve (12) hours of the end of the last shift worked without penalty.

As used in this Section, "emergency" means short notice of unexpected reservation increases or decreases or a major crisis, sudden or unexpected happening or situation.

## SECTION 22.    INDIVIDUAL AGREEMENTS

No employee shall be compelled or permitted to enter into any individual contract or agreement with his Hotel concerning the conditions of employment of this Agreement.

## SECTION 23.    WAGE CLAIMS

Any employee alleging a grievance concerning wages must first present such grievance to his/her Manager and then to the Payroll and/or Human Resources Department. If such employee feels the grievance has not been satisfactorily adjusted by the Hotel, he may then present the grievance to the Union.

When the Union presents a grievance alleging improper payment, the Hotel shall promptly make all pertinent payroll records available to the Union for inspection at the Hotel's place of business. In the event the wage is determined to be valid, it shall be paid on the next regular payday.

Claims for payment of wages, overtime, or all forms of compensation, exclusive of payments for health, dental, drug and/or pensions, if allowed shall be retroactive for a maximum period of sixty (60) days for regular employees and one hundred twenty (120) days for employees who have completed their probationary period within the last thirty-one (31) days from the date of filing of the grievance.

## SECTION 24.    NOTICE OF LAYOFF

If an employee does not receive five (5) working days notice of an impending layoff, then except in cases of emergency (such as short notice of reservation cancellations), the employee shall receive one (1) day's pay for each working day said employee does not receive the five (5) days layoff notice.

## SECTION 25.    BULLETIN BOARDS

The Hotel agrees that the Union shall be permitted to post in places where notices to employees are customarily posted, Union information and notices. Prior to posting such notices, the Union shall first present them to the Hotel management.

## SECTION 26.    DUES CHECK-OFF

The Hotel will check off and remit to the Union initiation and reinitiation fees and monthly dues for employees who have executed and furnished to the Hotel, a payroll deduction authorization in the form of Appendix "C", attached to this Agreement, which by this reference is made a part hereof.

Regular monthly dues shall be deducted from the first monthly pay period after joining the Union. The Union will submit to the Hotel a monthly billing stating the amount to be deducted from the wages of each employee pursuant to the Payroll Deduction Authorization form signed by the employee (See Appendix "C" for a copy of such authorization form.)

The Union shall indemnify and save the Hotel harmless against any and all claims, demands, suits and other form of liability which shall arise out of or by reason of action taken or not taken by the Hotel at the request of the Union under the terms of this Section.

SECTION 27.      D.R.I.V.E.

The Employer agrees to deduct from the paycheck of all employees covered by this Agreement voluntary contributions to D.R.I.V.E.   D.R.I.V.E. shall notify the Employer of the amounts designated by each contributing employee that are to be deducted from his/her paycheck on a monthly basis for all months worked.  The phrase "months worked" excludes any month other than a month in which the employee earned a wage.  The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one (1) check the total amount deducted along with the name of each employee on whose behalf a deduction is made, the employee's social security number and the amount deducted from that employee's paycheck.

The Union agrees to hold the Employer harmless from loss from any judgment of a court of competent jurisdiction and from any order of the Labor Commissioner or agency of government in connection with or arising out of any deduction made pursuant to this Agreement.

Such donations are not U.S. Tax deductible.

SECTION 28.      CREDIT UNION

On an appropriate payday of each month, the Employer will deduct from the wages of those employees who are Union members covered by this Agreement, the amount of money that the individual employee desires to be forwarded to the BAY CITIES FEDERAL CREDIT UNION.  Immediately after such payroll deductions, the Employer shall turn over all amounts so deducted to the Credit Union, provided that such deductions shall be made only from the wages of those employees who have authorized the Employer in writing to make such deductions.

The Union agrees to hold the Employer harmless from loss from any judgment of a court of competent jurisdiction and from any order of the Labor Commissioner or agency of government in connection with or arising out of any deduction made pursuant this Agreement.

SECTION 29.      CONFESSIONS, LIE DETECTORS

a)      No employee shall be required or requested as a condition of hire or continued employment to sign a confession or statement concerning his or another employee's conduct.

b)      No Employer shall demand or require that an applicant or an employee take a polygraph, lie detector, or similar test as a condition of continued employment.

**SECTION 30.    WORKWEEK**

a)    Seven and one-half (7½) hours within eight (8) hours or nine and one-half (9-1/2) hours within ten (10) hours shall constitute a day's work.

b)    Forty (40) hours work in five (5) consecutive days shall constitute a workweek, with two (2) consecutive days off during said workweek, except that the least senior fifteen percent (15%) of the Front Office Classifications (and in any event a minimum of two (2) employees) may be scheduled without two (2) consecutive days off.

c)    Alternatively, the Employer may schedule employees for a work day of ten (10) hours including one-half hour for lunch and two (2) fifteen (15) minute breaks or as otherwise arranged or so scheduled.    Effective the first full payroll week following contract ratification, the two (2) fifteen minute breaks shall be changed to two (2) twenty (20) minute breaks.

d)    In the case of a ten (10) hour work day, the work week shall be four (4) days of work and three (3) days off, two (2) of which must be consecutive.

e)    In scheduling employees for shifts of less than eight (8) hours per day, it is not the intention of the Employer to replace full-time employees with part-time employees. Employees scheduled to work less than eight (8) hours per day shall be used only in the following circumstances:

A)    The Employer shall not lay off full-time employees for the reason of employment of part-time employees.

B)    To supplement the existing staff during peak business period.

C)    To provide employees with additional straight-time hours of employment when otherwise said employees would not have been scheduled on a given day.

D)    Such short shifts shall be allowed for the least senior fifteen percent (15%) of the Front Office Classifications (and in any event a minimum of two (2) employees).    Employees scheduled to work short shifts shall be guaranteed four (4) hours of work or pay, unless the employee voluntarily agrees to leave work early in which case such employee will be paid only for hours worked.

**SECTION 31.    OVERTIME**

A.    One and one-half (1½) times the regular hourly rate of pay as herein provided shall be paid:

a)    For all work performed in excess of eight (8) hours per day (or in excess of ten (10) hours per day or for work performed on the fifth (5th) consecutive day for employees on four (4) day/ten (10) hour each day workweek) or

forty (40) hours per week, and double time the regular hourly rate of pay for hours worked in excess of twelve (12) hours per day.  Daily overtime shall be credited against weekly overtime.

b)   For all work performed on sixth (6th) day and double time on seventh (7th) day.  Employees on 4-10 workweek shall be paid double time for all work performed on the sixth (6th) consecutive day.

c)   If an employee desires to switch days off, not to have two consecutive days off, or to work the fifth (for employees on 4-10 work week), sixth and seventh day without overtime and this does not conflict with the seniority rights of other workers and is on a strictly voluntary basis, the employee may do so.

d)   Overtime legally required by the FLSA or other laws cannot be waived.

B.   Overtime work shall be distributed as equitably as possible, as follows:

a)   The Employer may require employees to perform overtime when necessary.

b)   For shift overtime, it shall be offered to those working the shift based on classification seniority, provided the senior employee is qualified to perform the work required.  If the more senior employees do not want to work such overtime, then the Employer will assign overtime to the least senior employees within the classification working the shift, provided such employees are qualified to perform the work required.

(c)   For other than shift overtime, it shall be offered to all employees based on classification seniority, provided the senior employee is qualified to perform the work required.  If the more senior employees do not want to work such overtime, then the Employer will assign overtime to the least senior employees within the classification, provided such employees are qualified to perform the work required.

## SECTION 32.    FIFTH, SIXTH AND SEVENTH DAY

Any employee called and reporting for duty on the sixth (6th) and seventh (7th) days shall be guaranteed at least four (4) consecutive hours of work or four (4) hours pay.

## SECTION 33.    NIGHT SHIFT PREMIUM

All work performed between the hours of 11:00 p.m. and 7:00 a.m. shall receive a night shift premium as follows:

For employees hired after July 1, 2006, with less than one (1) year of continuous service, said employees shall receive five percent (5%) night shift premium pay over

and above the basic hourly rate. Employees with less than one (1) year of continuous service hired before July 1, 2006, shall receive six percent (6%) night shift premium pay over and above the basic hourly rate. For employees with more than one (1) year of continuous service, the night shift premium shall be one dollar ($1.00) per hour. Effective July 1, 2006, employees with more than one (1) year of continuous service, the night shift premium shall be one dollar and fifteen cents ($1.15) per hour. Effective July 1, 2007, for employees with more than one (1) year of continuous service, the night shift premium shall be one dollar twenty-five cents ($1.25) per hour.

## SECTION 34.     REPORTING PAY AND MINIMUM PAY

Except as provided in Section 30, Subsection (e), Employees who report to work at the time they are instructed by the Hotel to report shall receive seven and one-half (7-½) hours work commencing at reporting time or at least eight (8) hours pay at the hourly rate prevailing on the day said employee reports. The above provision shall not apply to any employee reporting to work one-half (½) hour late.

Employees who voluntarily leave early or are suspended or discharged, shall not be covered under the terms of this Section.

This Section shall not apply if failure to provide work is due to circumstances beyond the control of the Hotel or where the safety of the employees is threatened, including by way of examples fire, storm, civil disturbances or labor disputes.

Meeting Pay/Training Pay:   The above Reporting Pay requirements are not applicable to trainings or meetings.  Providing it is not adjacent or connected to a shift worked, there shall be a four (4) hour minimum for employees called back to work for mandatory meetings or training.  If the meeting or training does not require the full four (4) hours, the Employer may require the employee to perform his regular duties for the balance of the time or the employee and the Employer may mutually agree that the employee can leave work without being paid for the balance of said four hour (4) minimum.

## SECTION 35.     UNIFORMS

Whenever a uniform or special dress is required, such uniform or special dress shall be supplied by and remain the property of the Hotel.  A "special dress" shall be deemed to be required whenever a Hotel specifies that an individual employee or group of employees shall wear a particular color and style of dress.  All uniforms or special dress shall be cleaned, laundered and maintained by the Hotel without cost to the employee.

The Employer and the Union agree that the Joint Study Teams shall deal with the issue involving uniforms as set forth in Section 44 of this Agreement.

## SECTION 36.    SHORTAGES

The Hotel shall not make any deduction from the wages of an employee or require any refund of an employee for any cash shortage, except in the case of proven dishonesty and/or gross negligence.

The Hotel shall maintain a written system for handling shortages that is known by the employees and by the Union. Each employee shall be schooled in the matter of handling Hotel funds and/or shortages of any of these funds. Each employee shall have the exclusive use and responsibility for a single cash drawer.

If the employee is not available when cash is audited, another bargaining unit employee or a Union representative must be present.

## SECTION 37.    PAID TIME OFF

A.    Accrual

1.    Amount: Eligible employees shall accrue PTO and ESL hourly, but employees will only be eligible to use accrued time as reported in the employers' last regular PTO report, which shall be at least monthly in accordance with the following schedule:

| Length of Employment | Maximum Annual PTO | Maximum Annual ESL | Maximum Hourly Accrual | |
|---|---|---|---|---|
| | | | PTO | ESL |
| After Hire | 192.00 | 24.00 | .1025 | .0128 |
| After 7 Years | 232.00 | 24.00 | .1239 | .0128 |
| After 14 Years | 296.00 | 24.00 | .1581 | .0128 |

Employees may not use any PTO time during the first ninety (90) days of employment and will forfeit all accrued PTO time if they quit, are terminated or laid off during the first ninety (90) days of employment.

2.    Prorata: All eligible employees accrue PTO  pro rata based on 1872 hours worked or paid for (but not cash outs) (PTO hours shall be rounded to the nearest hour, e.g., if its .49 round down and .50 round up).

The maximum PTO hours which an employee can accrue is set forth in sub-paragraph 1 above and is based on the employee's length of employment. PTO accruals shall be tracked on a calendar year basis in the hotels. When an employee crosses over to a different accrual rate during a calendar year, his or her new rate shall be reflected in the following pay periods. PTO and ESL accrue hourly but in no case shall an

employee accrue in excess of the maximum annual PTO and maximum annual ESL hours set forth in paragraph 1 above.

3. An employee does not accrue PTO and ESL hours when he/she is on unpaid status (e.g., unpaid leave of absence, layoff, unpaid disciplinary status).

B. Bank

1. As of the first payroll period in December, no more than the maximum annual PTO accrual can be accumulated and any excess amounts will be cashed out as set forth below. The maximum annual PTO accrual is: 192 hours after hire date until seven years, 232 hours from seven to 14 years of employment; and 296 hours for more than 14 years of employment.

2. There shall be no maximum cap on the amount of ESL that may be accumulated for future use.

C. Cash Out

1. PTO may be cashed out as follows:

   a. Employees will be cashed out any PTO in their bank that exceeds the maximum banked accrual set forth in Section 37B(1) in the first payroll period in December of each year.

   b. Employees may voluntarily cash out accrued PTO in excess of 80 hours in blocks of five (5) days or more;

   c. Upon termination, all accrued PTO including an employee's PTO bank will be cashed out.

2. ESL may only be cashed out upon retirement, and only if the employee would be eligible for pension under the pension eligibility rules. ESL days are cashed out at 65% of the employee's regular shift pay.

D. Scheduling and Use

A. PTO

1. Vacation PTO:

   The Hotel and the Union believe all employees should take time off for vacation each year. Consequently, for employees who have completed two years of employment with the hotel, 50% of each such employee's yearly accrual of total PTO must be used each year as vacation PTO in blocks of five (5) days or more. Employees in each department shall be given their choice of vacation PTO periods on the basis of their classification seniority.

Once an employee designates his/her preference for vacation PTO period(s), such vacation PTO shall not be changed without the consent of the Hotel.  During the months of March, July and November, the Employer shall give each employee an opportunity to make known his/her vacation PTO preference for the following four (4) month period (May 1 – August 31, September 1 – December 31, and January 1 – April 30).  The vacation PTO schedule shall be posted in each department and/or room as the case may be from the first to the fifteenth of each bid month (March, July and November).  If staffing, scheduling, or work requirements do not permit the approval of all vacation PTO requests submitted by employees, then the employees' seniority shall be the determining factor within each department.  For employees who submit vacation PTO request after the bid month (March, July and November), seniority shall not apply as against an employee with lesser seniority who has submitted his/her request for vacation PTO during the bid month (March, July, November) and whose request was approved by the Hotel.

The approved PTO schedule shall be posted by the last day of the bid month (March, July, November) for the next calendar vacation PTO period.

Employees shall be entitled to forty (40) hours additional time off at their own expense, and said time off shall run consecutively with the vacation PTO.

2.    Scheduled PTO:

Scheduled PTO can be used at an employee's discretion for any reason, including, vacation, paid holiday time off, religious observances, dental or doctor visits, personal or family needs or business, education, physical disability, or any other reasons deemed appropriate by the employee.

Scheduled PTO is any PTO requested in advance of the shift and approved by the hotel.  Request for scheduled PTO (other than vacation PTO described above) should be submitted to the employee's department head or supervisor at least twenty-four (24) hours prior to the posting of the schedule but no application will be considered more than one (1) month prior to the time desired.  PTO request of less than 5 days shall be responded to within 7 days of submission to management.  Request of more than 5 days shall be responded to within 30 days of submission to management.  Request of 5 or more PTO days may only be granted within the current 6 month vacation period and not beyond.  Nothing prevents the Employer from granting a scheduled PTO request at any time

prior to the scheduled shift. The Hotel will grant PTO requests whenever business needs reasonably permit. Once requested, the Hotel should give the employee a response as to whether the request will be granted or denied as soon as reasonably possible. Requests will be granted on a first come basis, except (a) in situations when two or more employees request PTO on the same day for the same date and not all requests can be granted or (b) on the following specified holidays (New Year's Day, Martin Luther King Day, Chinese New Year, Cinco de Mayo, July 4th, Labor Day, Thanksgiving Day, Christmas Day), seniority will be the determining factor. If two or more workers submit requests on the same day, for the same date, the seniority will be determining factor.

3.    Unscheduled PTO:

Advance written request for the use of the PTO is not required if the employee's own disability or an emergency necessitates an unscheduled absence that was not requested and approved in advance of that day. In all such cases, the reason for the absence shall be given, and the employee shall follow the Hotel's requirements as to when and how notice is to be given. Consecutive days taken at one time are one occurrence of unscheduled absence. An employee may avail of unscheduled PTO for any real emergency but in cases where employee's history or the circumstance or where there is a pattern of abuse surrounding an unscheduled absence create reasonable doubt as to the validity of the absence, management may require the employee to provide proof that it is a verified emergency including but not limited to a doctor's note for that absence or a doctor's note for all future unscheduled PTO or the use of ESL for a reasonable period of time not to exceed six months. Doctor's notes may also be required in circumstances such as using PTO and/or ESL to supplement State Disability Insurance, Workers' Compensation cases and other legal or administrative circumstances. Excessive unscheduled absences may also result in progressive discipline.

B.    ESL

Use of ESL: ESL will only be granted after 2 consecutive days of illness or injury.

ESL is to be utilized in cases of employee's longer illnesses. Employees may use ESL when they have been absent due to illness or injury for more than two consecutive days. ESL benefits will become effective on the third day of an illness or injury.

If an employee worked on Thanksgiving Day or Christmas Day and worked 5 days that week, he/she gets one (1) additional bonus ESL day, provided that said holiday has to fall within the employee's workweek and he/she has to work 5 days that week, e.g., an employee works Monday, Tuesday, Wednesday, Thursday (Thanksgiving Day) and Friday on Thanksgiving week and receives one (1) additional bonus ESL day.

C.   General Issues

1.   Requests for PTO, regardless of seniority, will be granted before any conflicting requests for unpaid time off are granted and requests for unpaid time off by individual employees will not be granted if the employee has PTO hours available in his/her PTO bank, except that an employee can elect not to use PTO in those leaves of absence where such right is provided by applicable law.

2.   The Hotel has discretion as to when it grants PTO request, but the Hotel shall strive to grant as high a percentage of PTO requests as possible and PTO requests shall not be denied except for valid business reasons. It is understood that the PTO program requires reasonable efforts on the part of all of the parties. Reasonable acceptance of request for time off is a major concern of the employees and arbitrary denial of time off request by employees should not occur. The following general guidelines shall apply to the PTO program, subject to agreed upon changes during the term of the collective bargaining agreement.

(a)   The Employer agrees to schedule a sufficient number of personnel to make PTO work successfully.

(b)   All requests should be handled by written forms.

(c)   Without waiver of the grievance and arbitration rights under the agreement, if the employee believes PTO is unreasonably denied, the employee may appeal the denial first with their division head. If the latter cannot resolve the issue, the employee may appeal it with or without union representation to the Human Resources Director. If Human Resources Director cannot resolve it, the employee may appeal it with or without union representation to the General Manager.

(d)   Upon request on a quarterly basis, the Employer shall provide the Union with records of requests and denials for PTO/ESL. The Union may discuss any problems it sees with the granting or denial of PTO/ESL with the JSC or with the individual hotel.

       (e)    If a department closes, an affected senior employee can bump the least senior employee in another department, provided he is qualified to do so. If the Employer closes a department with less than fourteen (14) calendar days notice, the affected employees shall have the option of working their regular shift, using PTO, using Unpaid Time, and/or using a single ESL day. If an Employer closes a department with fourteen (14) or more calendar days notice, the affected employees shall have the option of using PTO and/or unpaid time.

E.    Rates of Pay and Payments

    1.    PTO and ESL are normally used in increments of eight (8) hours or the employee's shift hours, unless one of the following exists:

        ••    advance approval is requested and obtained for increments of less than 8 hours or actual shift hours, e.g., for a doctor or school appointment;

        ••    if the employee's regular shift is greater or less than 8 hours, PTO hours equal to the shift shall be used;

        ••    the employee is eligible for State Disability or Workers' Compensation payments, in which case PTO or ESL may if elected by the employee be integrated to supplement such payments unless applicable law requires integration; or

        ••    an emergency requires an employee's absence for less than a full shift, in which case the Hotel may excuse the employee from the full shift with equivalent PTO hours being used, or the Hotel may require that the employee report back to work, depending on the needs of the business.

    2.    PTO hours shall be paid for time off purposes and cashed out after the maximum bank is reached, or upon termination, layoffs or retirement, or as otherwise set forth herein, at the employee's straight-time hourly rate.

    3.    In cases where an employee is eligible to receive disability benefit payments (State Disability Insurance (SDI) or Workers' Compensation), the employee may apply for such benefits, unless applicable law requires integration. To the extent that the disability payments do not equal the employee's normal wages, the employee's PTO and/or ESL if elected by the employee may be used in an amount sufficient to equal but not to exceed the employee's straight-time hourly rate of pay and any shift differential for scheduled hours. Where PTO and/or ESL are subject to integration with SDI or Workers' Compensation, it shall be paid promptly even if information as to the precise amount of SDI or Workers' Compensation payments is not immediately available.

4.    PTO and ESL can only be used on the employee's scheduled work days.

5.    Within a reasonable time after an employee submits his/her request, not to exceed three (3) working days, the Hotel will inform the employee as to the current amount of his/her PTO and ESL accrual.

F.    Miscellaneous

PTO and ESL will count as time worked for all purposes under this Agreement except for the computation of overtime. PTO and ESL that is cashed out will not count as time worked for any purposes.

Vacation PTO and ESL hours will be credited for health insurance and pension purposes in the month that such vacation PTO or ESL is taken.

**SECTION 38.    HEALTH AND WELFARE, DENTAL, VISION, PRESCRIPTION DRUG, AND LIFE INSURANCE**

The Employer shall pay to the Teamsters Local Union No. 856 Health and Welfare Fund effective January 1, 2013 the sum of One Thousand Four Hundred and Fifty-Six Dollars ($1,456.00) for each employee who has worked eighty (80) hours or more in the preceding calendar month. The contribution will provide active employees with the following benefits pursuant to and in accord with Benefit Plan maintained by the Teamsters Local Union No. 856 Health and Welfare Trust Fund:

Health & Welfare Plan E               Dental Plan III
Prescription Drug Benefits            Vision Care Benefits (after 6 months)
Life Insurance                        Retiree Health & Welfare
                                      Domestic Partner Coverage (as defined by the
                                      City and County of San Francisco Ordinance)

The Employer shall pay to the Teamsters Local Union No. 856 Health and Welfare Fund effective January 1, 2014 the sum of One Thousand Six Hundred Twenty-Nine Dollars ($1629.00) [One Dollar ($1.00) per hour increase from January 1, 2013] for each employee who has worked eighty (80) hours or more in the preceding calendar month. The contribution will provide active employees with the following benefits pursuant to and in accord with Benefit Plan maintained by the Teamsters Local Union No. 856 Health and Welfare Trust Fund:

Health & Welfare Plan E               Dental Plan III
Prescription Drug Benefits            Vision Care Benefits (after 6 months)
Life Insurance                        Retiree Health & Welfare
                                      Domestic Partner Coverage (as defined by the
                                      City and County of San Francisco Ordinance)

## ELIGIBILITY OF BENEFITS FOR THE MEDICAL, DENTAL AND PRESCRIPTION PLANS

New employees and their dependents are eligible for Health Plan "E" and the Prescription Plan and the Dental Plan III on the first (1st) day following the completion of three (3) calendar months of employment and Vision Plan after the completion of six (6) calendar months.

Each month is counted as a month worked if eighty (80) hours are worked in the month.

Current employees of the Employer or of other hotels managed by the same management company transferring into a Local 856 classification shall receive Major Medical and Drug coverage without a waiting period other than the eighty (80) hours/month requirement in the preceding month.

Former Teamster Union members and their dependents are eligible for benefits on the first (1st) day of the month following the completion of eighty (80) hours of paid employment within twelve (12) prior months from their last covered month.

For purposes of this Section, paid time off/ESL, overtime hours, unused or pro rata paid time off/ESL paid out at termination from employment shall not be counted as hours worked. Provided, paid time off/ESL, overtime hours, unused or pro rata paid time off/ESL paid out to employees at retirement under the Teamster Pension Plan will be counted as hours worked in the month the employee retires.

Vacation PTO hours should be credited in the month vacation PTOs are taken.

Vacation PTO and ESL hours will be credited for health insurance and pension purposes in the month that such vacation PTO or ESL is taken.

### SECTION 39.    SUBSTANCE ABUSE PROGRAM

In actions of discipline and/or discharge involving job-related problems of drinking or the abuse of alcohol and/or drugs, the discipline or discharge will be suspended provided the employee enters and faithfully completes the Teamsters Assistance Program, except for threatening, violent behavior or discriminatory harassment.

Administration of this Section shall conform to applicable State and Federal law.

Utilization of this Assistance Program in lieu of discipline or discharge will apply only once during the contract term and will not apply if the discipline or discharge was for threatening, violent behavior or discriminatory harassment.

The Employer and the Union agree to jointly develop a substance abuse testing and rehabilitation program by mutual agreement in a Joint Labor Management Committee following ratification.

## SECTION 40.    FUNERAL LEAVE

In the event of a death in the immediate family of an employee, the employee shall, upon request, be granted such time off with pay and without loss of benefits, as is necessary to make arrangements for the funeral and attend same, not to exceed three (3) regular scheduled working days.  This provision does not apply if the death occurs during the employee's paid time off, or if the employee is on leave of absence or layoff or on ESL.

For purposes of this provision the immediate family shall be restricted to mother, father, grandfather, grandmother, brother, sister, spouse, child, or registered domestic partner.  At the request of the Employer, if there is reasonable doubt, the employee shall furnish a death certificate or other documentation and proof of relationship.

The Employer and the Union agree that employees on five days/eight hours each day workweek shall receive eight (8) hours pay per day and employees on four days/ten hours each day workweek shall receive ten (10) hours pay per day.

## SECTION 41.    PENSION PLAN

Effective January 1, 2013 the Hotel agrees to make contributions to the Trustees of the Western Conference of Teamsters Pension Trust Fund for the account of each regular or probationary employee working under this Agreement, a monthly sum to be computed as follows:

The Employer shall contribute Three Hundred Eighty-One Dollars and Thirty-Three Cents per month for each employee who had worked one hundred and sixty (160) hours or more during such month ($2.20 per hour).

For each employee not covered under the above, the payment shall be computed at the rate of:

a)    Eighty-Eight Dollars ($88.00) per calendar week of work, or

b)    Seventeen Dollars and Sixty Cents ($17.60, or $2.20 x 8 hours) per day of work for employees working 5 days of 8 hours each day workweek, and Twenty-Two Dollars ($22.00, or $2.20 x 10 hours) per day of work for employees working 4 days of 10 hours each day workweek, but in no case to exceed Eighty-Eight ($88.00) per calendar week, or

c)    Two Dollars and Twenty Cents ($2.20) per hour of work, which includes Thirteen Cents ($0.13) to provide for PEER/84.

It is understood that no contribution shall be made for overtime hours worked.

The contribution required to provide the Program For Enhanced Early Retirement (PEER) will not be taken into consideration for benefit accrual purposes under the Plan. The additional contribution for the PEER must at all times be 6.5% of the Basic contribution and cannot be decreased or discontinued at any time, unless the Employer completely withdraws from the Trust Fund with respect to this bargaining unit.

This Agreement in conformity with ERISA may not be modified, terminated, rescinded or revoked by the parties, directly or indirectly, without the express written consent of the Trustees.

For purposes of this Agreement, paid time off shall be counted as time worked, but no contribution shall be made on overtime hours and for unused or pro-rata paid time off/ESL paid at retirement or termination of employment.

The Hotel shall post monthly pension hour contributions for each employee.

It is mutually understood that all of the Employer's contributions as provided herein shall be deductible from the gross income under Section 404 of the Internal Revenue Code.

## SECTION 42.    401(k) PLAN

The Employer agrees to participate in the Supplemental Income 401(k) Plan, a plan intended to conform to the requirements of Internal Revenue Section 401(k) for certain tax exempt, employee contributory plans. The Employer's obligations to this Plan created by this Agreement are limited to the following:

1.    the timely execution of this Plan's Subscriber Agreement; and

2.    the timely payment of that portion of their wages employees elect to pay into the Plan.

## SECTION 43.    JURY DUTY

An employee who has completed his/her probationary period and who is called to Jury Duty shall be paid by the Employer the difference between the total amount paid including expenses by the government for such jury service and the employee's lost wages for scheduled shifts not worked up to a maximum of ten (10) scheduled working days at straight-time wages per contract year. It is understood that such employee shall be released from work to attend jury responsibilities.

The Employer and the Union agree that  employees on five-days/eight hours each day  workweek shall receive a maximum of ten (10) days at eight (8) hours per day and employees on four days/ten hours each day workweek shall receive a maximum of eight (8) days at ten (10) hours pay per day.

SECTION 44.        JOINT STEERING COMMITTEE AND JOINT STUDY TEAMS

The Union and the MEG may form or join a Joint Steering Committee during the course of the contract at a time and in a manner to be mutually agreed upon between the parties in order to participate in the planning and implementation of the incentive, Paid Time Off, grievance mediation, discrimination arbitrations, automation, training, and other programs contained in this new agreement.

The Union and the MEG may form or join Joint Study Teams in each hotel during the course of the contract at a time and in a manner to be mutually agreed upon by the parties.  The joint study teams may deal with issues such as cross classification work, automation, training, work redesign, new work opportunities, employees wearing pants, and any other issue the parties desire to address in this forum.

Contractual provisions shall not be modified or replaced with new language without the mutual consent of the parties.  In the event that an agreement is reached to alter or change any work rules or provisions contained in the contract, said agreement shall be reduced to writing as a side letter to this contract and subject to the approval of both the hotel General Manager and a Union officer.  Such agreement shall not be precedent-setting with regard to other hotels.

Holiday Inn San Francisco - Civic Center   TEAMSTERS LOCAL UNION NO. 856
                 (HOTEL)                    I.B.T.,

By: _____                   By: _____
      For the Employer                            Peter Finn
      Andy Duymovz, GM                            Secretary-Treasurer

Date: ____4/8) 2015_____                     Date: ____3/19/15_____

### APPENDIX "A", CLASSIFICATION AND WAGE RATES
### CLASS "A" HOTELS
### Effective January 1, 2013

The wage rates as of January 1, 2013 are as indicated below.

[Fifty cents ($0.50) per hour increase effective January 1, 2013.] Thus wage rates as of January 1, 2013 are as indicated below.

| Front Office Classification Group: | | | First 9 Mos. | Second 9 Mos. | After 18 Mos. |
|---|---|---|---|---|---|
| I | Information Clerk | Hourly | 20.80 | 21.14 | 22.19 |
| II | Room Clerk/Cashier | Hourly | 21.31 | 21.65 | 22.75 |

General Office Classifications:

| | | | First 9 Mos. | Second 9 Mos. | After 18 Mos. |
|---|---|---|---|---|---|
| I | File Clerk | Hourly | 20.76 | 20.97 | 22.01 |
| II | Typist, TWX Operator, Food & Beverage Clerk Reservations Clerk | Hourly | 20.80 | 21.14 | 22.19 |
| III | Billing Clerk Stenographer Account Receivable-City Ledger Clerk | Hourly Hourly | 21.14 | 21.48 | 22.57 |
| IV | Accounts Payable Clerk Bookkeeping Machine Operator, Key Punch, Operator-City Ledger, Bookkeeper, Payroll Clerk, General Cashier, Secretary | Monthly Hourly | 21.31 | 21.65 | 22.75 |

=    Group Leaders shall receive a premium of $1.50 per hour. This $1.50 per hour premium does not apply to red circled employees referred to in the 1996 – 1999 Agreement who shall continue to receive their red circled premium in addition to the contractual wage rate for the work they are performing for the duration of this Agreement.

=    Add Night Shift Premium to base (Section 33).

=    Any employee receiving wage rates higher than those set forth in the Agreement shall receive the Fifty Cents (50¢) per hour increase based on the minimum rate for their classification (see Section 3.).

=    In connection with the provisions in Section 38 of this Agreement, the above wage schedule shall be adjusted in the event additional contributions are required to maintain health and welfare benefits.

## APPENDIX "A", CLASSIFICATION AND WAGE RATES
## CLASS "A" HOTELS
### Effective January 1, 2014

The wage rates as of January 1, 2014 are as indicated below.

[Fifty cents ($0.50) per hour increase effective January 1, 2014.] Thus wage rates as of January 1, 2014 are as indicated below.

| Front Office Classification Group: | | | First 9 Mos. | Second 9 Mos. | After 18 Mos. |
|---|---|---|---|---|---|
| I | Information Clerk | Hourly | 21.30 | 21.64 | 22.69 |
| II | Room Clerk/Cashier | Hourly | 21.81 | 22.15 | 23.25 |
| General Office Classifications: | | | | | |
| I | File Clerk | Hourly | 21.26 | 21.47 | 22.51 |
| II | Typist, TWX Operator, Food & Beverage Clerk Reservations Clerk | Hourly | 21.30 | 21.64 | 22.69 |
| III | Billing Clerk Stenographer Account Receivable-City Ledger Clerk | Hourly Hourly | 21.64 | 21.98 | 23.07 |
| IV | Accounts Payable Clerk Bookkeeping Machine Operator, Key Punch, Operator-City Ledger, Bookkeeper, Payroll Clerk, General Cashier, Secretary | Monthly Hourly | 21.81 | 22.15 | 23.25 |

=     Group Leaders shall receive a premium of $1.50 per hour. This $1.50 per hour premium does not apply to red circled employees referred to in the 1996 – 1999 Agreement who shall continue to receive their red circled premium in addition to the contractual wage rate for the work they are performing for the duration of this Agreement.

=     Add Night Shift Premium to base (Section 33).

=     Any employee receiving wage rates higher than those set forth in the Agreement shall receive the Fifty Cents (50¢) per hour increase based on the minimum rate for their classification (see Section 3.).

=     In connection with the provisions in Section 38 of this Agreement, the above wage schedule shall be adjusted in the event additional contributions are required to maintain health and welfare benefits.

## APPENDIX "B", UNION NOTICE AND WORK CLEARANCE REQUEST

FROM: _____      TO: _____

HOTEL:_____      TEAMSTER LOCAL 856
                                     453 San Mateo Avenue
ADDRESS_____     San Bruno, California 94066
                                     (650) 635-0111

CITY_____

PHONE_____       DATE_____

We have hired _____      _____
                        (Name)                         (Date of Hire)

_____                     _____
         (Address)                                       (SS#)

as _____          $_____
            (Job Title)                         (Hourly Pay Rate)

NOTE: THE EMPLOYEE RECOGNIZES HIS/HER OBLIGATION TO OBTAIN A WORK
CLEARANCE FORM FROM THE UNION WITHIN SEVEN (7) DAYS AND THE OBLIGATION
TO JOIN THE UNION WITHIN THIRTY (30) DAYS FROM THE EFFECTIVE DATE OF
EMPLOYMENT.

_____      _____
         (Date)                   (Employee's  Signature)

## APPENDIX "C", PAYROLL DEDUCTION AUTHORIZATION

I, the undersigned, hereby request and voluntarily authorize _____ to deduct from any wages or compensation due me, the initiation fees, reinitiation fees and regular monthly union dues uniformly applicable to the members in accordance with the Constitution and By-Laws of the Union. Such dues to be deducted from the first monthly pay period after joining the Union. This authorization is to remain in effect for a period of twelve (12) months from the date of execution and shall be automatically renewed from year to year thereafter, unless I notify the above-named Union and Employer in writing within twenty (20) days prior to the annual renewal dates that such authorization be terminated.

NOTE:   FAILURE TO OBTAIN A WITHDRAWAL CARD UPON EXTENDED LEAVE OR TERMINATION OF EMPLOYMENT CAN RESULT IN YOUR SUSPENSION FROM THE UNION. A SUSPENDED MEMBER MUST PAY REINITIATION FEE, PLUS BACK DUES TO BE REINSTATED.

_____         _____
(Date)                          (Employee's Signature)

ACCOUNTING OFFICE INFORMATION ONLY.......NEW HIRE _____ RE-HIRE_____

Initiation Fee $_____ Dues $_____ Commence_____

1st copy    Employee

2nd copy    Union (by mail)

3rd copy    Accounting

4th copy    Personnel

## SIDE LETTER OF AGREEMENT

This Agreement is entered into by and between San Francisco Hotels Multiemployer Group (the "Employer" or "Hotel") and Teamster Local 856 (the :Union") in reference to Section 13, Maintenance of Standards, of the existing Collective Bargaining Agreement ("Agreement").

The parties agree that Section 13, Maintenance of Standards, does not apply to additional benefits offered by hotels such as complimentary rooms, incentives, and tuition reimbursements.

Agreed to this _____ day of _____, 2006.

For the Employer:                              For the Union:

By: _____               By: _____

By: _____               By: _____