# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 16, 2022           **Time:** 2:40-3:20           **Judge:** EDWARD M. CHEN
                                  40 Minutes

**Case No.**: 21-cv-06271-EMC          **Case Name:**  Wong v. BEI Hotel

**Attorney for Plaintiff:** Drew Sherman
**Attorneys for Defendant:** John Christian Nemeth and Allison Egan

**Deputy Clerk:** Vicky Ayala                    **Court Reporter:** Teri Veres

## PROCEEDINGS

Motion to Dismiss and Initial Case Management Conference - held

## SUMMARY

CASE CONTINUED TO: **September 20, 2022, at 2:30 P.M., for Status Conference.**  Joint CMC statement **due by 9/13/2022.**

**REFERRALS:**

Case referred to ADR for Mediation to be completed by 8/15/22.

Matter taken under submission.