| | |
|---|---|
| MARC Y. LAZO<br>MLazo@kllawgroup.com<br>K&L LAW GROUP, P.C.<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612<br>Telephone:   (949) 216-4000<br>Facsimile:    (800) 596-0370 | ELLEN M. BRONCHETTI (SBN 226975)<br>EBronchetti@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA 94105-2616<br>Telephone:   (628) 218-3808<br>Facsimile:    (628) 225-3012<br><br>J. CHRISTIAN NEMETH (SBN 222271)<br>JCNemeth@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>Telephone:   (312) 984 3292<br>Facsimile:   (312) 984 7700 |
| Attorney for Plaintiffs | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENNY WONG, an individual; STEVEN BUI, an individual; MARK WOOD, an individual; ANA HENRY, an individual; LIVIA TSO, an individual; ARJUMAN QADRI, an individual; YOLANDA GARCIA, an individual; SANDRA REYES, an individual; EDITHA YABUT, an individual; GAYLE GELMAN, an individual; JEROME ECAL, an individual; JACOB GREATHOUSE, an individual; NATASHA BOGARD LAUPATI, an individual; DEEPAK MALI, an individual; RAICHEL JESI LOORTHAIYA, an individual,<br><br>        Plaintiffs,<br>v.<br><br>BEI HOTEL, a California business; DAVIDSON HOSPITALITY GROUP, A/K/A DAVIDSON HOTEL COMPANY, a limited liability company, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.  3:21-cv-06271-EMC<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF MEDIATION COMPLETION DEADLINE**<br><br>Hon. Edward M. Chen |

1  WHEREAS, on June 16, 2022, The Honorable Edward M. Chen ordered the parties to
2  return to the court's ADR department and engage in mediation by August 15, 2022 (dkt. 39)
3  THE PARTIES HEREBY STIPULATE AND REQUEST, that this Court continue the
4  mediation completion deadline from April 15, 2022 to September 6, 2022.  The parties have been
5  unable to schedule mediation thus far and therefore a brief continuance is sought.
6  SO STIPULATED this 5th day of August 2022.

MCDERMOTT WILL & EMERY LLP

By:  /s/ *Ellen M. Bronchetti*
      ELLEN M. BRONCHETTI

Attorneys for Defendants
BEI HOTEL & DAVIDSON
HOSPITALITY GROUP


K&L LAW GROUP, P.C.

By:  /s/ *Marc Y. Lazo*
      MARC Y. LAZO

Attorneys for Plaintiffs
BENNY WONG, STEVEN BUI, MARK
WOOD, ANA HENRY, LIVIA TSO,
ARJUMAN QADRI, YOLANDA GARCIA,
SANDRA REYES, EDITHA YABUT,
JEROME ECAL, JACOB GREATHOUSE,
NATASHA BOGARD LAUPATI, DEEPAK
MALI, RAICHEL JESI LOOTHAIYA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2022

_____
Hon. Edward M. Chen
United States District Court

**SIGNATURE ATTESTATION**

I, Ellen M. Bronchetti, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from Marc Y. Lazo, counsel for Plaintiffs, as indicated by a conformed signature (/s/) within this e-filed document.

Dated:   August 5, 2022                     /s/ *Ellen M. Bronchetti*
                                            ELLEN M. BRONCHETTI